UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


Nos. 22-2208 & 22-2267


UNITED STATES OF AMERICA

v.

CLIFTON JUNIUS, Appellant in 22-2208
DANIEL COACH, JR., Appellant in 22-2267

(E.D. Pa. No. 2-01-cr-00457-005 & 001)

Present:  KRAUSE, AMBRO, and SMITH, Circuit Judges


_____ORDER_____

The precedential opinion filed on November 20, 2023, is AMENDED as follows:  the two citations in the first paragraph of the text to *28* U.S.C. § 848(e)(1)(A) are hereby AMENDED to cite *21* USC § 848(e)(1)(A).


By the Court,

s/D. Brooks Smith
Circuit Judge


Dated: November 27, 2023
JK/cc: All Counsel of Record